# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Deborah J. Brangman, | : |
| Plaintiff, | : Case No. 12-351 |
| v. | : Honorable Anita B. Brody |
| AstraZeneca, LP and AstraZeneca Pharmaceuticals, LP, | : FILED VIA ECF |
| Defendants. | : |

**DEFENDANTS ASTRAZENECA, LP AND ASTRAZENECA PHARMACEUTICALS, LP'S PROPOSED VERDICT FORM**

Defendant AstraZeneca, LP and AstraZeneca Pharmaceuticals, LP ("AstraZeneca") respectfully request that the Court use the following proposed Jury Verdict Form.

                Respectfully submitted,

                /s/ Elizabeth Tempio Clement
                Thomas J. Bender (PA #25512)
                Elizabeth Tempio Clement (PA #208344)
                **LITTLER MENDELSON, P.C.**
                Three Parkway
                1601 Cherry Street, Suite 1400
                Philadelphia, PA  19102.1321
                267.402.3000 (t)
                267.402.3131 (f)
                tbender@littler.com
                eclement@littler.com

                Attorneys for Defendant
                AstraZeneca, LP and AstraZeneca
                Pharmaceuticals, LP

Date: February 3, 2014

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Deborah J. Brangman, | : |
|       Plaintiff, | :    Case No. 12-351 |
| v. | :    Honorable Anita B. Brody |
| AstraZeneca, LP, AstraZeneca Pharmaceuticals, LP and Metropolitan Life Insurance Co., | : |
|       Defendant. | : |

## VERDICT FORM

We, the jury in the above-entitled action, find the following verdict on the questions submitted to us:

1. Has Plaintiff Deborah Brangman proven, by a preponderance of the evidence, that Defendant AstraZeneca discriminated against her on the basis of her gender, her race, or both when it eliminated her position?

    Yes _____    No _____

**Please proceed to Question 2.**

2. Has Plaintiff Deborah Brangman proven, by a preponderance of the evidence, that Defendant AstraZeneca discriminated against her on the basis of her gender, her race, or both when it failed to hire her for one of the positions for which she applied?

    Yes _____    No _____

**Please proceed to Question 3.**

3. Has Plaintiff Deborah Brangman proven, by a preponderance of the evidence, that Defendant AstraZeneca took a materially adverse employment action against Ms. Brangman because she made an internal complaint about her supervisor and filed a charge of discrimination with the EEOC?

Yes _____    No _____

**If you answered "Yes" to Question 1, 2 or 3, please proceed to Question 4.**

**If you answered "No" to Questions 1, 2, and 3 please proceed to Question 10.**

4. Has Plaintiff Deborah Brangman proven, by a preponderance of the evidence, that she suffers from a complete disability which prevents her from working and which is attributable to AstraZeneca?

Yes _____    No _____

**If you answered "Yes" to Question 1 or 2, please proceed to Question 5.**

**If you answered "No" to Questions 1 and 2, please proceed to Question 7.**

5. What amount of back pay is Ms. Brangman entitled to receive?

$ _____

**Please proceed to Question 6.**

6. What amount of front pay is Ms. Brangman entitled to receive?

$ _____

**Please proceed to Question 7.**

7. What amount of compensatory damages should be awarded to Ms. Brangman for emotional pain and mental suffering resulting from AstraZeneca's discriminatory conduct?

$ _____

2

**Please proceed to Question 8.**

8. Do you find, by a preponderance of the evidence, that AstraZeneca acted with malice or reckless indifference to Ms. Brangman's protected rights by eliminating her position and failing to hire her for another position?

        Yes _____        No _____

**If you answered "Yes" to Question 7, please proceed to Question 8.**

**If you answered "No" to Questions 7, please proceed to Question 10.**

9. What amount of punitive damages should be assessed against AstraZeneca?

        $ _____

10. Has Plaintiff Deborah Brangman proven, by a preponderance of the evidence, that she made a complaint to AstraZeneca's Compliance Department concerning conduct that she believed was materially inconsistent with, or a serious deviation from, a State or Federal law, rule, or regulation?

        Yes _____        No _____

**If you answered "Yes" to Question 9, please proceed to Question 10.**

**If you answered "No" to Questions 9, please ignore the remaining question. Please have the foreperson sign and date the verdict form and notify the Courtroom Deputy that you are ready to return to the Courtroom.**

11. Has Plaintiff Deborah Brangman proven, by a preponderance of the evidence, that Defendant discriminated against her primarily because of her complaint to the Compliance Department?

        Yes _____        No _____

       You have concluded your deliberations.  Please have the foreperson sign and date the verdict form and notify the Courtroom Deputy that you are ready to return to the Courtroom.

                                                                  _____
                                                                  FOREPERSON

Dated:  March _____, 2014